**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED

2006 FEB 22  A 11: 12

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CR. NO. 2:06CR 51-VPM |
| | ) | **(18 U.S.C. 641)** |
| **CHRISTOPHER E. KIRKSEY** | ) | |
| | ) | |
| | ) | **INFORMATION** |
| | ) | |

The United States Attorney charges:

<u>COUNT</u>

On or about the 13th day of December 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **CHRISTOPHER E. KIRKSEY** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

STATE OF AMERICA                    )
                                   )          **AFFIDAVIT**
COUNTY OF MONTGOMERY               )

The undersigned, being first duly sworn, deposes and says:

I, ROBERT G. SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 13 December 2005, via closed circuit video monitors, I observed CHRISTOPHER E. KIRKSEY in the perfume section of the BX place a perfume tester in his jacket pocket. KIRKSEY then picked up a second tester bottle and placed it in his pocket. KIRKSEY then walked to the men's sports clothes section where he removed the labels from the bottles and placed the bottles back in his pocket. KIRKSEY then went to the Clinique section of cosmetics where he picked up a bottle of Clinique Happy for Men and returned to the men's sports clothes section where he removed the wrapper and dropped it to the floor. KIRKSEY then met with his wife for a few minutes before departing the store without paying for anything. I confronted him in the parking lot, identified myself and asked him to stop. He got in his car and drove off. I contacted Security Forces to close the base gates. KIRKSEY abandoned his wife and three children at the store. His wife, Sandra Marie Davis, E5 US Army, identified him as Christopher Kirksey and described his clothing and vehicle. The items that he took from the store were a bottle of Clinique Happy for men (3.4oz) valued at $33.50, Burberry Brit for men (3.3oz) valued at $52.00, and Burberry London for men (1.7oz) valued at $39.50. The total value of the items that he took without paying for was $125.00.

_Robt G Smith_
ROBERT G. SMITH

Subscribed and sworn to before me this _28_ day of December, 2005.

_Anna M Hamblin_
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 20, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

ANNA M. HAMBLIN
Notary Public
STATE OF ALABAMA