IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-cr-51 |
| | ) | |
| CHRISTOPHER E. KIRKSEY | ) | |

**MOTION FOR CONTINUANCE**

RECEIVED
2006 MAY 12 P 2: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

COMES NOW the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for a continuance in the above referenced case and in support thereof would show:

1. The case was set for arraignment on 16 May 2006.

2. On 13 March 2003 the summons was returned unexecuted.

3. On 4 May 2006 the government provided the U.S. Marshall's office with a new address for service.

4. A continuance would serve the best interests of justice, to wit: allow the US Marshall's Office time to serve the defendant.

5. The government requests that arraignment on this case be continued to July 11, 2006.

NEAL B. FRAZIER
Special Assistant United States Attorney