IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr51-VPM |
| | ) | |
| CHRISTOPHER E. KIRKSEY | ) | |

## **ORDER**

For good cause, it is

ORDERED that the Defendant's Motion to Continue Arraignment, filed on 12 May 2006 (Doc #5), is GRANTED.  Arraignment in this case is hereby reset to 11 July 2006 before Magistrate Judge Coody in Courtroom 4-B.

DONE this 15th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE